JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JAMES LEE, An Individual

Plaintiffs,

v.

BEHROOZ ABRAMS, TRUSTEE; JILLA ABRAMS, TRUSTEE; and DOES 1 THROUGH 10, Inclusive

Defendants.

Case No. 2:22-cv-04430-JLS-MAR

**ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**

**ORDER**

Based on the Joint Stipulation for Dismissal with Prejudice (Doc. 14) submitted by the parties and for good cause shown, this Court hereby DISMISSES with prejudice all Defendants from Plaintiffs' Complaint and dismisses with prejudice Plaintiffs' complaint in its entirety. Each of the parties herein shall bear their own respective attorney fees and costs.

**IT IS SO ORDERED.**

DATED: December 28, 2022

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE